IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WAYNE HANDLEY BARCLAY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. CIV-15-1369-M |
| ) | |
| JASON BRYANT, Warden, ) | |
| ) | |
| Respondent. ) | |

## ORDER

On October 23, 2017, United States Magistrate Judge Charles B. Goodwin issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended that the Petition for Writ of Habeas Corpus be denied. The Magistrate Judge further recommended that petitioner's pending requests for an evidentiary hearing and appointed counsel be denied. The parties were advised of their right to object to the Report and Recommendation by November 13, 2017. On October 31, 2017, petitioner filed his objections.

The Court has carefully reviewed this matter de novo. Upon review, the Court:

(1) ADOPTS the thorough and well-reasoned Report and Recommendation [docket no. 25] issued by the Magistrate Judge on October 23, 2017;

(2) DENIES petitioner's requests for an evidentiary hearing and appointed counsel [docket nos. 22 and 24]; and

(3) DENIES petitioner's Petition for Writ of Habeas Corpus.

**IT IS SO ORDERED this 13th day of November, 2017.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE